IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | |
| JAVON ALEXANDER RANDOLPH | : | 1:16CR374-1 |
| RASHEEN EUGENE MOORE | : | 1:16CR374-2 |
| UNIKA CHRISTOPHER GILLISPIE | : | 1:16CR374-3 |
| ANTHONY LATARIO JAMES | : | 1:16CR374-4 |
| DEMONTAE EUGENE ROWLAND | : | 1:16CR374-5 |

FILED OCT 31 2016 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

The Grand Jury charges:

COUNT ONE

1. At all times material to this Indictment, Village Commerce, LLC, doing business as Daye 2 Daye Beach Bingo, located at 3709 Wake Forest Highway, Durham, North Carolina, was engaged in the internet café business, in interstate and foreign commerce and in an activity which affected interstate and foreign commerce.

2. On or about May 10, 2016, in the County of Durham, in the Middle District of North Carolina, JAVON ALEXANDER RANDOLPH, RASHEEN EUGENE MOORE, UNIKA CHRISTOPHER GILLISPIE, ANTHONY LATARIO JAMES, and DEMONTAE EUGENE ROWLAND did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that JAVON

ALEXANDER RANDOLPH, RASHEEN EUGENE MOORE, UNIKA CHRISTOPHER GILLISPIE, ANTHONY LATARIO JAMES, and DEMONTAE EUGENE ROWLAND did knowingly and unlawfully take and obtain property consisting of approximately $4,500.00 in United States currency belonging to Village Commerce, LLC, doing business as Daye 2 Daye Beach Bingo, from the person and in the presence of an employee of the said business against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, that is, by pointing a firearm at the employee and demanding that she surrender U.S. currency; in violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT TWO

On or about May 10, 2016, in the County of Durham, in the Middle District of North Carolina, JAVON ALEXANDER RANDOLPH, RASHEEN EUGENE MOORE, UNIKA CHRISTOPHER GILLISPIE, ANTHONY LATARIO JAMES, and DEMONTAE EUGENE ROWLAND, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, interference with commerce by threats or violence, in violation of Title 18, United States Code, Section 1951(a), did knowingly carry and use, by brandishing, a firearm; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

COUNT THREE

On or about June 8, 2016, in the County of Durham, in the Middle District of North Carolina, JAVON ALEXANDER RANDOLPH, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Ruger .45 caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
TERRY M. MEINECKE
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY